**1**

**UNITED STATES ex rel. Armin VOLK, Relator-Appellant, v. Benjamin M. DAY, Commissioner of Immigration at the Port of New York, etc., Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit.
January 20, 1928.

No. 226.

Appeal from the District Court of the United States for the Southern District of New York.

William W. Brown, of New York City (James C. Thomas, of New York City, and Roger O'Donnell, of Washington, D. C., of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Abbot Low Moffat, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

---

**2**

**NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Libelant-Appellee, v. Steam Tug VOLUNTEER, Scow G. G. No. 146–W, and Scow G. G. No. 78, Their Engines, Tackle, etc.; Goodwin Gallagher Sand & Gravel Corporation, Claimant-Appellant. Goodwin Sand & Gravel Corporation, Libelant-Appellant, v. Steam Tug TRANSFER NO. 6, Her Engines, etc.; New York, New Haven & Hartford Railroad Company, Claimant-Appellee.**

Circuit Court of Appeals, Second Circuit.
January 9, 1928.

No. 77.

Appeal from the District Court of the United States for the Eastern District of New York.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Barry, Wainwright, Thacher & Symmers, of New York City (Earle Farwell, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

**3**

**W. A. CARPENTER, Inc., Plaintiff in Error, v. OAKLAND MOTOR CAR COMPANY, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
January 20, 1928.

No. 151.

In Error to the District Court of the United States for the Northern District of New York.

Whalen, Murphy, McNamee & Creble, of Albany, N. Y. (Robert E. Whalen and Charles E. Nichols, Jr., both of Albany, N. Y., of counsel), for plaintiff in error.

John T. Smith, of New York City (Frank A. Gaynor, of New York City, of counsel), for defendant in error.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

**4**

**In the Matter of the Application of Robert Herman YEARWOOD on Behalf of Stanley Yearwood, an Alien, for a Writ of Habeas Corpus, Petitioner-Appellant, v. Benjamin M. DAY, Commissioner of Immigration at the Port of New York, Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit.
January 20, 1928.

No. 230.

Appeal from the District Court of the United States for the Southern District of New York.

Samuel Robert Weltz, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Abbot Low Moffat, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.